# EXHIBIT 1

# 2016 OLYMPIC TRIALS
# UNIFORM ADVERTISING AND LOGO REGULATIONS

As a U.S. Olympic Committee event, the U.S. Olympic Team Trials – Marathon, Race Walk, and Track & Field are subject to IOC and USOC advertising regulations for athletes' apparel and uniforms.

As required by the USOC:

> *With the exception of standard manufacturers' equipment identification permitted by Rule 50 of the Olympic Charter (or the manufacturers' equipment identification permitted by the NGB's International Federation's rules, if applicable), the equipment, uniforms and the bibs/numbers of the competitors and officials at the Trials may not bear any commercial identification or promotional material of any kind (whether commercial or noncommercial).*
>
> *Competitor uniforms may bear the name of his or her track club, provided the club is a registered member and in good standing with USA Track & Field (as of November 1, 2015) and has been approved by the USOC.*
>
> *Any violation of the rules may result in disqualification.*

For the U.S. Olympic Team Trials – Marathon, Race Walk, and Track & Field, these rules are applied as follows:

### COMPETITION TOPS (vests/singlets)
The name/Logo of the Manufacturer of the attire may be displayed once on the front of the vest. Such display shall be in a rectangular form with a maximum size of $30cm^2$ and with the lettering a maximum height of 4cm and the total Logo a maximum height of 5cm.

### COMPETITION BOTTOMS (shorts/half-tights)
The name/Logo of the Manufacturer of the attire may be displayed once on the front of the vest. Such display shall be in a rectangular form with a maximum size of $30cm^2$ and with the lettering a maximum height of 4cm and the total Logo a maximum height of 5cm.

### LEOTARDS (one piece speed suits, including upper body and lower body)
The name/Logo of the Manufacturer of the attire may be displayed as follows:
- Once on the front of the leotard. Such display shall be in a rectangular form with a maximum size of $30cm^2$ and with the lettering a maximum height of 4cm and the total Logo a maximum height of 5cm;

or
- Twice on the front of the leotard: once above and once below the waist, but not immediately adjacent to each other. Such displays shall be identical, in rectangular form with a maximum size of 20cm² and with the lettering a maximum height of 3cm and the total Logo a maximum height of 4cm.

Competition Tops and Bottoms
A graphic or figurative Logo of the Manufacturer (not including name or any text) may also be used as a decorative "design mark" once or repeatedly as a strip not exceeding 10cm in width in one of the following positions, provided such use does not, in the opinion of USATF, in its discretion, dominate or unduly detract from the appearance of the garment:
- Across the bottom of the sleeves;
- On the outer seam of the sleeves;
- Down the outer seams of the garment.

Clubs
The club name or the club logo may be displayed on the front of the vest/leotard on the right chest.

Such display shall be rectangular in shape, with a maximum size of 40cm$^2$ and with the lettering a maximum height of 4cm if printed directly onto the vest/leotard or the size of the patch.

The club name may appear on the back of the vest/leotard with the lettering a maximum height of 4cm, and no restriction in width.

Club logos which are part of traditional club names and have been registered as such with USATF prior to 1 January 1980 and without relation to a company or product shall remain and the size at the time the club was approved and may not be increased. Club logos including a Logo or lettering representing a company or product are subject to the dimension as stated under this Clause.

## *TOPS, T-SHIRTS, SWEATSHIRTS, RAIN JACKETS*

The Advertising or other identification displayed on tops, t-shirts, sweatshirts and rain jackets must comply with the following requirements, in respect of all Competitions (unless otherwise specified).

Manufacturer's Name/Logo
The name/Logo of the Manufacturer of the attire may be displayed once on the front of the garment. Such display shall be rectangular in shape, with a maximum size of 40cm$^2$ and the lettering a maximum height of 4cm and the total Logo a maximum height of 5cm.

A graphic or figurative Logo of the Manufacturer (not including name or any text) may also be used as a decorative "design mark" once or repeatedly as a strip not exceeding 10cm in width in one of the following positions, provided such use does not, in the opinion of USATF, in its discretion, dominate or unduly detract from the appearance of the garment:
- Across the bottom of the sleeves;
- On the outer seam of the sleeves;
- Down the outer seams of the garment.

Clubs
Either the club name or the club logo or may be displayed on the front of each garment on the right chest. Such display shall be rectangular in shape, with a maximum size of $40cm^2$ and with the lettering a maximum height of 4cm.

The club name may appear on the back of the vest/leotard with the lettering a maximum height of 4cm and no restriction in width.

Club logos which are part of traditional club names and have been registered as such with an USATF prior to 1 January 1980 and without relation to a company or product shall remain at the time the club was approved and the size may not be increased. Club logos including a Logo or lettering representing a company or product are subject to the dimension as stated under this Clause.

## *LOWER BODY ATTIRE*

Advertising or other identification being displayed on lower body attire (e.g. socks, shorts, tights, but excluding leotards) must comply with the following requirements:

Manufacturer's Name/Logo
The name/Logo of the Manufacturer of the attire may be displayed once. The maximum size of such display shall be $20cm^2$, with a maximum height of 4cm.

A graphic or figurative Logo of the Manufacturer (not including name or any text) may also be used as a decorative "design mark" once or repeatedly as a strip not exceeding 10cm in width in one of the following positions, provided such use does not, in the opinion of USATF, in its discretion, dominate or unduly detract from the appearance of the garment:
- Across the bottom of the legs;
- Down the outer seams of the legs.

Socks
The name/Logo of the Manufacturer of the socks may be displayed once on each sock. The maximum size of such display shall be $6cm^2$, with a maximum height of 3cm.

A graphic or figurative Logo of the Manufacturer (not including name or any text) may also be used on socks as a decorative "design mark" once or repeatedly as a strip not exceeding 5cm in width across the top edge of each sock, provided such use does not, in the opinion of USATF, in its discretion, dominate or unduly detract from the appearance of the socks.

**Uniforms will be inspected during packet pick up at the Athlete Hospitality Lounge and during the final clerking process before competition to ensure compliance.**

**These regulations are subject to change.**

**For any questions, contact [events@usatf.org](mailto:events@usatf.org).**