Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

Douglas N. Masters (admitted pro hac vice)
dmasters@loeb.com
Nathan J. Muyskens (admitted pro hac vice)
nmuyskens@loeb.com
Emily H. Stone (admitted pro hac vice)
estone@loeb.com
321 North Clark, Suite 2300
Chicago, IL 60654
Telephone:   (312) 464-3100
Fax:         (312) 896-5707

      Attorneys for Defendant USA Track & Field

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GOLD MEDAL LLC dba RUN GUM,<br><br>    Plaintiff,<br>  v.<br><br>USA TRACK & FIELD and UNITED STATES OLYMPIC COMMITTEE,<br><br>    Defendants. | Case No.  6:16-cv-00092-MC<br><br>**DEFENDANT USA TRACK & FIELD'S CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Fed. R. Civ. P. 7.1, defendant USA Track & Field, Inc. discloses that (1) it has no parent corporation; and (2) no publicly held corporation owns 10% or more of its stock.

      DATED:  February 26, 2016

                            COSGRAVE VERGEER KESTER LLP

                            */s/ Robert E. Sabido*
                            Robert E. Sabido, OSB No. 96416

Page 1 -   **DEFENDANT USA TRACK & FIELD'S CORPORATE DISCLOSURE STATEMENT**

FA808638

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
(503) 323-9000

rsabido@cosgravelaw.com
Telephone: (503) 323-9000
Fax: (503) 323-9019

Loeb & Loeb


*/s/ Emily H. Stone*
Douglas N. Masters (admitted *pro hac vice*)
dmasters@loeb.com
Nathan J. Muyskens (admitted pro hac vice)
nmuyskens@loeb.com
Emily H. Stone (admitted *pro hac vice*)
estone@loeb.com
Telephone: (312) 464-3100
Fax: (312) 896-5707

Attorneys for Defendant USA Track & Field

Page 2 -   **DEFENDANT USA TRACK & FIELD'S CORPORATE DISCLOSURE STATEMENT**                                                                                      FA808638

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT USA TRACK & FIELD'S CORPORATE DISCLOSURE STATEMENT** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

| | |
|---|---|
| Timothy P. Landis<br>Timothy Landis, P.C.<br>One SW Columbia Street, Suite 1110<br>Portland, OR  97258<br>     AND<br>Michael D. Hausfeld (admitted *pro hac vic*)<br>Sathya S. Gosselin (admitted *pro hac vic*)<br>Swathi Bojedla (admitted *pro hac vic*)<br>Hausfeld LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC  20006<br>     AND<br>Michael P. Lehmann<br>Bonny E. Sweeney<br>Hausfeld LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA  94111<br><br>Attorneys for Plaintiff | Bruce L. Campbell<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>     AND<br>Alexander E. Ramey (admitted *pro hac vic*)<br>Derek Ludwin (admitted *pro hac vic*)<br>Covington & Burling LLP<br>One City Center<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br><br>Attorneys for Defendant<br>United States Olympic Committee |

DATED: February 26, 2016

>                               */s/ Robert E. Sabido*
>                               Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**                                    FA808638

**COSGRAVE VERGEER KESTER LLP**
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
(503) 323-9000